FILED

03/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0081

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 20-0081

_____

Jeff Gottlob, Elaine Mitchell, James Childress, )
and all others similarly situated, )
                         )
                Plaintiffs-Appellees, )       **Grant of Extension**
     v.s. )
                         )
Michael DesRosier, Ron Rides at the Door, )
Tom McKay, Galen Galbreath, Don Wilson, )
and Glacier County, )
                         )
                Defendants-Appellants, )
     and )
                         )
State of Montana, )
                         )
                Defendant. )

_____

Pursuant to authority granted under M.R.App.P. 26(1), Appellees are given an extension of time until May 6, 2020 to prepare, file, and serve their answer brief.

c:     Lawrence A. Anderson
       Kirk D. Evenson
       Terryl Matt
       Gary Zadick/James Zadick

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 31 2020